UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AMISHA 123 LLC D/B/A DAYS INN OF MT. PLEASANT<br>*Plaintiff*, | § § § § § § § § § | CIVIL ACTION NO. 5:19-cv-59<br><br>JURY DEMANDED |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY<br>*Defendant*. | | |

**Exhibit B**
**LIST OF ALL COUNSEL OF RECORD AND PARTIES REPRESENTED**

Pursuant to Local Rule 81(6), Defendant State Auto Mutual Insurance Company attaches this List of All Counsel of Record and Parties Represented, and identifies the following:

1. Amisha 123 LLC, d/b/a Days Inn of Mt. Pleasant, is the Plaintiff.

    **Plaintiff is represented by:**
    Matthew R. Pearson
    State Bar No. 00788173
    Jonathan C. Lisenby
    State Bar No. 24072889
    Gravely & Pearson, LLP
    425 Soledad, Suite 600
    San Antonio, Texas 78205
    Telephone: (210) 472-1111
    Facsimile: (210) 472-1110
    Email: mpearson@gplawfirm.com
    Email: jlisenby@gplawfirm.com

2. State Auto Mutual Insurance Company, is the Defendant.

    **Defendant is represented by:**
    Christopher W. Martin
    State Bar No. 13057620
    Martin, Disiere, Jefferson & Wisdom, LLP
    Niels Esperson Building
    808 Travis, 20th Floor
    Houston, Texas 77002
    Telephone: (713) 632-1701
    Facsimile: (713) 222-0101

      E-Mail: martin@mdjwlaw.com

      Sheryl Kao
      State Bar No. 24036874
      Martin, Disiere, Jefferson & Wisdom, LLP
      9111 Cypress Waters Blvd., Suite 250
      Dallas, Texas 75019
      Telephone:  (214) 420-5500
      Facsimile:   (214) 420-5501
      Email: kao@mdjwlaw.com

3. This matter is being removed from the District Court of Titus County, Texas to the United States District Court for the Eastern District of Texas, Texarkana Division. Both Plaintiff and Defendant have requested a jury trial in this matter.

      Respectfully submitted,

      MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.

      By: */s/Christopher W. Martin*
          Christopher W. Martin
          State Bar No: 13057620
          E-Mail: martin@mdjwlaw.com
          Niels Esperson Building
          808 Travis, 20th Floor
          Houston, Texas 77002
          Telephone: (713) 632-1701
          Facsimile: (713) 222-0101

      **ATTORNEY-IN-CHARGE FOR DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

**Of Counsel:**

Sheryl Kao
State Bar No. 24036874
E-Mail: kao@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone:  (214) 420-5500
Facsimile:   (214) 420-5501

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above pleading has been forwarded via ECF pursuant to Fed. R. Civ. P. 5, on May 8, 2019 to:

Matthew R. Pearson  
Jonathan C. Lisenby  
Gravely & Pearson, LLP  
425 Soledad, Suite 600  
San Antonio, Texas 78205  
mpearson@gplawfirm.com  
jlisenby@gplawfirm.com  

                                            */s/Sheryl Kao*  
                                            Sheryl Kao